# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LONNIE T. HAWKINS,

    Plaintiff

v.

WASHOE COUNTY, et al.,

    Defendants

Case No.: 3:24-cv-00330-MMD-CSD

**Order**

On June 27, 2025, the undersigned screened Plaintiff's amended complaint. Plaintiff's claim that he was not properly Mirandized had been dismissed with prejudice on screening of the original complaint. It was recommended that his excessive force claim in Claim 2 and the Fourth Amendment claims for false arrest in Claim 3 be dismissed. The amended complaint did not include the claim that his DNA was collected using excessive force, which was allowed to proceed on screening of the original complaint once Plaintiff learns the identity of the defendants. The court recommended that Plaintiff be given one final attempt to amend *only* to assert his claim for excessive force related to collection of his DNA. (ECF No. 12.)

No objection was filed to the report and recommendation.

On July 23, 2025, District Judge Du adopted the report and recommendation in full and gave Plaintiff 30 days to file a second amended complaint that *only* addresses the claim of excessive force in collection of his DNA. The court cautioned Plaintiff that a failure to timely file a second amended complaint would result in dismissal of this action. (ECF No. 13.)

District Judge Du's order was returned as undeliverable, with a notation that Plaintiff was now housed at Lovelock Correctional Center (LCC). (ECF No. 14.)

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

The Clerk shall **SEND** a copy of ECF Nos. 12 and 13 as well as this order to Plaintiff at LCC.

Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to timely comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

Plaintiff also has **30 days** from the date of this Order to file a second amended complaint consistent with ECF Nos. 12 and 13. That is to say, Plaintiff may attempt to amend to assert *only* a claim for excessive force in connection with his DNA collection.

The Clerk shall **SEND** Plaintiff instructions for filing a civil rights complaint by an incarcerated individual and form civil rights complaint for an inmate. If Plaintiff chooses to file a second amended complaint, it must be complete in and of itself without referring to or incorporating by reference any previous complaint. Plaintiff must check the box for his second amended complaint on the court's form civil rights complaint. If Plaintiff fails to timely file a second amended complaint, it will be recommended that this action be dismissed.

**IT IS SO ORDERED**.

Dated: December 4, 2025

_____
Craig S. Denney
United States Magistrate Judge