UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LONNIE T. HAWKINS,

    Plaintiff

v.

WASHOE COUNTY, et al.,

    Defendants

Case No.: 3:24-cv-00330-MMD-CSD

**Order**

On December 4, 2025, the court issued an order directing the Clerk to send a copy of ECF Nos. 12 and 13 as well as the order to Plaintiff at Lovelock Correctional Center (LCC) as prior order's had been returned as undeliverable with a notation that Plaintiff was housed at LCC and not Northern Nevada Correctional Center (NNCC). Plaintiff was also given 21 days to file a notice of change of address, and was cautioned that a failure to do so may result in dismissal of his action or other appropriate sanction under Local Rule IA 3-1. Plaintiff was also given 30 days to file a second amended complaint consistent with ECF Nos. 12 and 13: that only attempts to amend to assert a claim for excessive force in connection with his DNA collection. (ECF No. 15.)

The order was inadvertently sent to Plaintiff at NNCC and not at LCC, and was returned as undeliverable again.

**CONCLUSION**

(1) The **CLERK** shall **SEND** a copy of ECF Nos. 12 and 13 as well as this Order to Plaintiff at **LCC**.

(2) Plaintiff shall file a notice of change of address on or before **February 3, 2026**. A failure to timely comply with this Order may result in dismissal of this action or other appropriate sanction pursuant to Local Rule IA 3-1.

(3) On or before **February 3, 2026,** Plaintiff shall file a second amended complaint consistent with ECF Nos. 12 and 13—that is, he may attempts to amend to assert *only* a claim for excessive force in connection with his DNA collection.

(4) The Clerk shall **SEND** Plaintiff at **LCC** the instructions for filing a civil rights complaint by an incarcerated individual and form civil rights complaint for an inmate. If Plaintiff chooses to file a second amended complaint, it must be complete in and of itself without referring to or incorporating by reference any previous complaint. Plaintiff must check the box of his second amended complaint on the court's form. If Plaintiff fails to timely file a second amended complaint, it will be recommended that this action be dismissed.

**IT IS SO ORDERED**.

Dated: January 13, 2026

_____
Craig S. Denney
United States Magistrate Judge